# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

WILBERT CHISM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4107

———————————————

December 6, 2023

Appeal from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Howard L. Dimmig, II, Public Defender, and Lisa Lott, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

    Affirmed.

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.